UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
            -v-                                                    :     14-CR-109-1 (JMF)
                                                                   :
SHARMELL CUNNINGHAM,                                               :     ORDER
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 3, 2021, the Court received a motion from Defendant, proceeding *pro se*, seeking early release in light of the COVID-19 pandemic.  *See* ECF No. 136.  Upon review of the motion, the Court re-appointed Defendant's prior counsel pursuant to the Criminal Justice Act ("CJA").  *See* ECF No. 137.  On February 22, 2021, the Court received the attached letter from counsel indicating that he is no longer on the CJA Panel and cannot accept re-appointment.

       In light of the foregoing, unless and until Defendant objects, Florian Miedel — the CJA lawyer on duty today — is appointed to represent Defendant in connection with the motion he filed (and any other application relating to COVID-19).  Mr. Miedel shall immediately contact Defendant by telephone to advise him of this Order and confirm that he is willing to be so represented (the alternatives being to continue to proceed *pro se* or to retain counsel), and shall promptly file a letter indicating whether Defendant consents or objects to such representation.

       Unless and until the Court orders otherwise, counsel shall file any supplemental papers on Defendant's behalf no later than **March 8, 2021**.  The Government shall file any opposition by **March 19, 2021**, and Defendant shall file any reply by **March 23, 2021**.  In their papers, the

parties should address whether or when Defendant would become eligible to receive a COVID-19 vaccine.

    SO ORDERED.

Dated: February 23, 2021  
      New York, New York

                                                 JESSE M. FURMAN  
                                                 United States District Judge

## LAW OFFICE OF ERIC M. Sears, P.C.

### Eric M. Sears
### Attorney at Law

115 Broadway, Suite 1704
New York, NY 10006

Tel. 212-252-8560  Fax: 212-566-1068  Cell: 917-929-2096
email: emsearsesq@aol.com   Website: EricMSearsLaw.com

<u>by email</u>

February 22, 2021.

Hone. Jesse Furman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Sharmell Cunningham – 14 Cr 109

Dear Judge Furman:

I was CJA counsel for Mr. Cunningham in the underlying case. I have been informed by AUSA Jane Chong that he has submitted a *pro se* motion for compassionate release, and that I have been re-appointed as counsel. Please be advised that I am no longer on the CJA panel, and have not done work in the SDNY for some time. I respectfully request, therefore, that new CJA counsel be appointed in my place.

Thank you for your consideration.

Respectfully,

Eric M. Sears

cc. *by email*
AUSA Jane Chong