

March 12, 2021

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Sharmell Cunningham, 14-Cr-109 (JMF)</u>

Dear Judge Furman:

    On February 23, 2021, the Court appointed me under the Criminal Justice Act to assist Mr. Cunningham in supplementing his motion for compassionate release. The Court's current deadline for supplemental briefing is March 22.

    After finally having had a chance to speak to Mr. Cunningham, I now understand that he has not yet filed a request for compassionate release with the warden of his facility, although he intends to do so as soon as he can. Accordingly, I respectfully request the Court to hold Mr. Cunningham's motion for compassionate release in abeyance until he has fully exhausted his administrative remedies, at which time I will, with the Court's permission, file a supplemental brief in support of Mr. Cunningham's motion.

    Thank you for your consideration.

                          Respectfully,

                          /s/

                          Florian Miedel
                          *Attorney for Sharmell Cunningham*

cc:    AUSA Jane Chong

Application GRANTED. The Clerk of Court is directed to terminate Doc. #142. SO ORDERED.

March 12, 2021

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com