# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 14, 2025

**By ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED. The conference is hereby ADJOURNED to December 3, 2025, at 2:30 p.m. in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street. The Clerk of Court is directed to terminate ECF No. 151 in 14-CR-109 and ECF No. 33 in 24-CR-400. SO ORDERED.*

*November 17, 2025*

Re: **United States v. Sharmell Cunningham**
    **14-Cr-109, 24-Cr-400 (JMF)**

Dear Judge Furman:

I write to request that the Court adjourn the upcoming VOSR conference currently scheduled for November 20 by approximately two weeks. The government consents.

Mr. Cunningham was arraigned on a superseding VOSR petition on October 9, and the matter was adjourned for a status conference. The superseding petition alleged violations of state law for which Mr. Cunningham is currently being prosecuted in state court. There have been several developments with the state court matters, and defense counsel needs a brief adjournment to investigate issues related to the state case that may make a prompt resolution of the VOSR matter possible. Additional time is needed to request certain records from state court, consult with state defense counsel, and advise Mr. Cunningham about his options. An adjournment longer than two weeks should not be necessary.

It is therefore requested that the Court adjourn this matter to either December 2 (except from 1-2 p.m.), December 3, or December 5. If those dates are inconvenient, the parties are happy to provide alternative availability.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Remy Grosbard