

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York  10278*

December 12, 2025

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

>   Re:   *United States v. Sharmell Cunningham*, 14 Cr. 109, 24 Cr. 400 (JMF)

Dear Judge Furman:

The Government respectfully writes, without objection from the defense, to request that the sentencing scheduled in this matter for January 8, 2025 at 11:30 a.m., be rescheduled for January 7, 2025 at 11:30 a.m.  The Government has conferred with defense counsel, and both parties are available at that time.  The Government requests the rescheduling because the undersigned attorney for the Government has sentencings in two other matters at the presently scheduled sentencing time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _Remy Grosbard_____
 Remy Grosbard
 Assistant United States Attorney
 (212) 637-2446

cc: Michael Arthus, Esq.

Application GRANTED. Sentencing is hereby RESCHEDULED to **January 7, 2026 at 11:30 a.m.** The Clerk of Court is directed to terminate Doc. #158.

SO ORDERED.

December 12, 2025