# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 5, 2026

**By ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. Sentencing is hereby ADJOUNRED to January 14, 2026, at 2:15 p.m, with submissions due on January 12, 2026. The Clerk of Court is directed to terminate ECF No. 160 in 14-CR-109 and ECF No. 39 in 24-CR-400.

SO ORDERED.

January 5, 2026

Re: **United States v. Sharmell Cunningham**
**14-Cr-109, 24-Cr-400 (JMF)**

Dear Judge Furman:

I write to request that the Court adjourn the upcoming sentencing currently scheduled for January 7 by one week, and reset the submission deadlines accordingly. The government consents.

On December 3, Mr. Cunningham was convicted of violating his supervised release conditions. Sentencing was scheduled for January 7, with the parties' sentencing submissions due on January 5.

Today, for the first time, the government raised an issue with the guidelines calculation Probation employed in its violation petition. This afternoon, Probation subsequently indicated that it intends to amend its violation petition to include a substantially higher guidelines calculation than was included in the petition on which Mr. Cunningham was convicted. The parties therefore request an opportunity to brief the guidelines-related issue that was raised for the first time today.

It is therefore requested that the Court adjourn this matter to January 14 at 2:15 p.m., with the parties' submissions due on January 12.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSAs Remy Grosbard and Robert Ruff