UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

                                 :

      - v -                :      **14-Cr-109, 24-Cr-400**

                                 :

SHARMELL CUNNINGHAM**,**        :      **PRODUCTION AND**
                                 :      **RELEASE ORDER**

        Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS on June 27, 2025, Magistrate Judge Barbara Moses ordered SHARMELL CUNNINGHAM to be detained during the pendency of the above-captioned matters; and

WHEREAS on December 3, 2025, the Court convicted SHARMELL CUNNINGHAM of all the supervised release violations alleged in the above-captioned matters; and

WHEREAS on January 14, 2026, the Court sentenced SHARMELL CUNNINGHAM to a term of imprisonment of time served plus one week; and

WHEREAS the Court reimposed a term of supervised release on Docket 24-Cr-400, with, among other conditions, a special condition that SHARMELL CUNNINGHAM participate in inpatient drug treatment programming;

IT IS HEREBY ORDERED that the defendant, SHARMELL CUNNINGHAM, Federal Register Number 69800-054, currently incarcerated at MDC Brooklyn, be produced on the morning of January 21, 2026, to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007; and

IT IS FURTHER ORDERED that, in connection with his release from custody, the Bureau of Prisons and MDC Brooklyn provide the defendant, SHARMELL CUNNINGHAM, Federal Register Number 69800-054, with a discharge supply of his prescription medications; and

IT IS FURTHER ORDERED that the defendant, SHARMELL CUNNINGHAM, Federal Register Number 69800-054, be released from custody from the U.S. Marshals Service holding cells on the fourth floor of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 on January 21, 2026, along with his prescription medications.

SO ORDERED:

_____
HONORABLE JESSE M. FURMAN
United States District Judge

Dated:  January 20, 2026
New York, New York